# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-3806

_____

Craig Morgan Smith

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: July 31, 2015
Filed: August 10, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Craig Morgan Smith appeals the district court's[1] order affirming the denial of supplemental security income. For reversal, Smith argues that the Administrative Law Judge (ALJ) erred in finding that Smith failed to show current deficits of adaptive functioning as required by Listing 12.05C to meet the listed impairment for intellectual disability. See 20 C.F.R. Pt. 404, subpt. P, app. 1 § 12.05C. Following careful review of the parties' submissions and the record before us, we conclude that substantial evidence in the record as a whole supports the ALJ's finding. See Phillips v. Colvin, 721 F.3d 623, 625 (8th Cir. 2013) (standard of review). Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).